Ruth Patricia ROSADOS, Appellant

v.

Barack Hussein OBAMA, Ex-President, Appellee

No. 17-5137
September Term, 2017

United States Court of Appeals,
District of Columbia Circuit.

Filed On: October 18, 2017

Ruth Patricia Rosados, Pro Se

R. Craig Lawrence, U.S. Attorney's Office, (USA) Civil Division, Washington, DC, for Defendant-Appellee

BEFORE: Tatel and Griffith, Circuit Judges, and Ginsburg, Senior Circuit Judge

## JUDGMENT

Per Curiam

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order, filed April 27, 2017, be affirmed. The district court properly dismissed appellant's complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B). See, e.g., Denton v. Hernandez, 504 U.S. 25, 32-33, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992); Neitzke v. Williams, 490 U.S. 319, 327, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989). Because the allegations in the complaint are " 'patently insubstantial,' presenting no federal question suitable for decision," the district court correctly determined it lacked subject matter jurisdiction. Tooley v. Napolitano, 586 F.3d 1006, 1009 (D.C. Cir. 2009) (quoting Best v. Kelly, 39 F.3d 328, 330 (D.C. Cir. 1994)).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.